IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BETHEL APOSTOLIC MINISTRIES et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:22-CV-02265-E-BH |
| CAPITAL FUND I LLC, | § § § | |
| Defendant. | § § § | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DENYING STAY

The Court has taken under consideration the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. (Doc. 18). No objections were filed. The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and has found none. **IT IS THEREFORE ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. Correspondingly, Plaintiffs' Application for Temporary Restraining Order, filed December 4, 2022, (Doc. 16), is **DENIED** in its entirety.

Furthermore, on December 6, 2022, Plaintiff Nkea filed a Suggestion of Bankruptcy of Plaintiff, which requested a stay of these proceedings pursuant to 11 U.S.C. §362(a). (Doc. 21). Nkea's Suggestion of Bankruptcy referred the Court to the filing of a petition in bankruptcy before the Bankruptcy Court for the Northern District of Texas in Cause No. 22-32269-mv113. (Doc. 21 at 1); . On December 7, 2022, the United States Magistrate Judge entered an order for briefing and notice to the United States Trustee. (Doc. 22).

Since December 7, 2022, no Party nor the United States Trustee has filed any argument or briefing of any kind. Furthermore, the Court takes judicial notice that on February 13, 2023, United States Bankruptcy Judge Michelle V. Larson dismissed the 22-32269-mv113 proceeding, without prejudice. (*See In re William Lekunze Nkea*, No. 22-32269-MVL-13, ECF no. 14 (Bankr. N.D. Tex., filed February 3, 2023)). For those reasons, the Court **DENIES** Nkea's request for a stay of the proceedings.

**SO ORDERED.**

29th day of March, 2023.

ADA BROWN
UNITED STATES DISTRICT JUDGE