**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **BETHEL APOSTOLIC MINISTRIES** | § | |
| **and WILLIAM L. NKEA,** | § | |
| **Plaintiffs,** | § | |
| | § | **Civil Action No. 3:22-CV-2265-E-BH** |
| **v.** | § | |
| | § | |
| **CAPITAL FUND I, LLC,** | § | |
| **Defendant.** | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**
**OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case—including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge—and in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.[1]

*Defendant Capital Fund I, LLC's Motion for Summary Judgment*, filed November 14, 2022 (doc. 8), is **GRANTED**.   By separate judgment, the plaintiffs' claims against the defendant will be **DISMISSED with prejudice**.

SIGNED this 6th day of September, 2023.

Ada Brown
UNITED STATES DISTRICT JUDGE

---

1 No objections were filed.